1

2                      **UNITED STATES DISTRICT COURT**

3                            **DISTRICT OF NEVADA**

4                                    * * *

5    KAREN M. LEDESMA,                    )
                                          )
6                     Plaintiff,          )
                                          )          2:12-cv-01461-JCM-VCF
7    v.                                   )
                                          )          **O R D E R**
8    COMMISSIONER OF SOCIAL SECURITY,     )
                                          )          (Motion to Serve Party with Summons and
9                                         )          Complaint #16)
                                          )
10                    Defendant.          )
     ─────────────────────────────────── )
11

12          Before the court is plaintiff Karen M. Ledesma's Motion to Serve Party with Summons and

13   Complaint.  (#16).  No Opposition was filed.

14          Plaintiff filed her motion/application to proceed *in forma pauperis* (#1) and complaint (#1-1)

15   on August 17, 2012.  The court issued an order on August 22, 2102, granting the motion/application

16   (#1) and ordering the clerk to file the complaint (#1-1), "serve the Commissioner of the Social Security

17   Administration by sending a copy of the summons and Complaint (#1-1) by certified mail to: (1)

18   General Counsel, Social Security Administration, Room 611, Altmeyer Bldg., 6401 Security Blvd.,

19   Baltimore, Maryland 21235; and (2) the Attorney General of the United States, Department of Justice,

20   950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530," and "issue summons to the

21   United States Attorney for the District of Nevada and deliver the summons and Complaint to the U.S.

22   Marshal for service."  (#3).

23          On August 23, 2012, summons were issued as to General Counsel for Social Security

24   Administration (#5), Attorney General of the United States (#5-1), and United States Attorney for the

25   District of Nevada (#5-2).  On August 30, 2012, the summons was returned executed as to General

26   Counsel for the Social Security Administration.  (#9).  On September 7, 2012, the summons was

returned executed for Attorney General of the United States.  (#11).  Plaintiff filed the instant motion on January 8, 2013, asking this court to issue summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. (#16).  On January 10, 2013, the summons was returned executed as to the United States Attorney for the District of Nevada. (#17).  The plaintiff's motion is therefore moot.

Accordingly, and for good cause shown,

IT IS ORDERED that plaintiff Karen M. Ledesma's Motion to Serve Party with Summons and Complaint (#16) is DENIED as moot.

DATED this 15th day of January, 2013.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**